PER CURIAM.
Affirmed. Compare Wong v. City of Miami, 237 So.2d 132 (Fla.1970), Alderman v. Lamar, 493 So.2d 495 (Fla. 5th DCA 1986), rev. denied, 503 So.2d 326 (Fla. 1987) and Eder v. Dep’t of Highway Safety and Motor Vehicles, 463 So.2d 443 (Fla. 4th DCA 1985) with State, Dep’t of Highway Safety and Motor Vehicles v. Kropff 491 So.2d 1252 (Fla. 3d DCA 1986) and Weissberg v. City of Miami Beach, 383 So.2d 1158 (Fla. 3d DCA 1980).